IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**UNITED STATES OF AMERICA**

    **vs.**                                                    **Criminal Action 2:95-cr-0044(4)**
                                                                     **JUDGE GEORGE C. SMITH**

**ANTWAN DESHONE WOODS**

## REPORT AND RECOMMENDATION

    The United States Probation Officer submitted a petition to revoke Defendant's supervised release based on alleged violations of terms of supervised release. Petition (Doc. 1833)(filed under seal). Defendant waived his right to a preliminary supervised release revocation hearing. Waiver (Doc. 1840). With the consent of the parties, made in open court on August 22, 2017, the undersigned conducted a final supervised release revocation hearing.

    The United States went forward only on the alleged violation that, as has been separately charged in *United States of America v. Antwan Deshone Woods*, 2:16-cr-155, Defendant possessed a firearm on October 1, 2016. At the final revocation hearing, Defendant stipulated to that violation. It is therefore recommended that Defendant be found to have violated that condition of supervised release.

    The parties propose that the final resolution of these revocation proceedings be deferred until after the preparation of the presentence report in *United States of America v. Antwan Deshone Woods*, 2:16-cr-155, so that disposition of that case and of this matter might be coordinated. This Court agrees with that proposal.

    It is therefore **RECOMMENDED** that Defendant be found to have violated a condition of supervised release by reason of his possession of a firearm on October 1, 2016. It is **FURTHER RECOMMENDED** that final resolution of the revocation proceedings be deferred until after the preparation of the presentence report in *United States of America v.*

1

*Antwan Deshone Woods*, 2:16-cr-155, so that disposition of that case and of this matter might be coordinated.

If any party seeks review by the District Judge of this *Report and Recommendation,* that party may, within fourteen (14) days, file and serve on all parties objections to the *Report and Recommendation,* specifically designating this *Report and Recommendation,* and the part thereof in question, as well as the basis for objection thereto. 28 U.S.C. §636(b)(1); F.R. Civ. P. 72(b). Response to objections must be filed within fourteen (14) days after being served with a copy thereof. F.R. Civ. P. 72(b).

The parties are specifically advised that failure to object to the *Report and Recommendation* will result in a waiver of the right to *de novo* review by the District Judge and of the right to appeal the decision of the District Court adopting the *Report and Recommendation*. *See Thomas v. Arn,* 474 U.S. 140 (1985); *Smith v. Detroit Federation of Teachers, Local 231 etc.,* 829 F.2d 1370 (6th Cir. 1987); *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981).

| | |
|---|---|
| August 22, 2017<br>Date | *s/ Norah McCann King*<br>Norah M$^c$Cann King<br>United States Magistrate Judge |