# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

    vs.                             **CASE NO.: 2:95-cr-044 (4)**
                                      **JUDGE GEORGE C. SMITH**
                                      **MAGISTRATE JUDGE KING**

**ANTWAN DESHONE WOODS,**

    **Defendant.**

## ORDER

On August 22, 2017, with the consent of the parties, the Magistrate Judge conducted a final supervised release revocation hearing. Defendant stipulated to the alleged violation that has been separately charged in Case No. 2:16-cr-155, that he possessed a firearm on October 1, 2016.

The Magistrate Judge issued a Report and Recommendation pursuant to 28 U.S.C. § 636(b)(1), recommending that Defendant be found to have violated that condition of supervised release, that he not possess a firearm. Further, by agreement of the parties, it was recommended that final resolution of the revocation proceedings be deferred until after the preparation of the Presentence Report in Case No. 2:16-cr-155, so that disposition of that case and of this matter can be coordinated.

Defendant was specifically informed of his right to contest the Report and Recommendation by filing any objections within 14 days of the issuance of the Report and Recommendation pursuant to 28 U.S.C. §636(b)(1)(B) and Rule 72(b) of the Federal Rules of Civil Procedure. Defendant did not file any objections.

Accordingly, the Court **ADOPTS** the Report and Recommendation and finds Defendant in

violation of the condition of supervised release that he not possess a firearm. The parties may submit their positions on the appropriate sentence on the revocation in their memorandums prior to the sentencing hearing in Case No. 2:16-cr-155.

**IT IS SO ORDERED.**

*/s/ George C. Smith*
**GEORGE C. SMITH, JUDGE**
**UNITED STATES DISTRICT COURT**